UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARY J. PICKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>LISA WALSH, et al.,<br><br>    Defendants. | Case No. 2:19-cv-00611-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for an Extension of Time to Respond to Plaintiff's Motion to Amend (ECF No. 26). Defendant establishes good cause for her requested 21 day extension of time to file an opposition to Plaintiff's Motion to Amend his Complaint to add new claims and new defendants. The request to extend is based on an extraordinarily high workload since defense counsel's return from leave including, but not limited to, summary judgment motions and emergency motions relating to a lock down at High Desert State Prison. *Id*. at 2. Defendant argues there will be no prejudice to Plaintiff that will arise from the short extension requested. *Id*. at 3. The Court agrees.

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion for an Extension of Time to Respond to Plaintiff's Motion to Amend (ECF No. 26) is GRANTED.

IT IS FURTHER ORDERED that Defendant's response to Plaintiff's Motion to Amend his Complaint shall be due on March 1, 2021.

Dated this 9th day of February, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1