UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cary J. Pickett,

        Plaintiff

v.

Lisa Walsh,

        Defendant

Case No.: 2:19-cv-0611-JAD-EJY

**Order Adopting Report & Recommendation and Denying Motion for Leave to Amend**

[ECF Nos. 22, 32]

Plaintiff Cary J. Pickett asks this court for leave to file an amended complaint to assert two new Fourteenth Amendment claims for unequal denial of a restoration of his classification status and unequal denial of his grievances.[1] The government opposes his request.[2] After considering the merits of that request, the magistrate judge entered a report and recommendation for this court to deny the motion to amend because these new claims are futile.[3] The deadline for any party to object to that recommendation was March 22, 2021, and Pickett neither filed an objection or moved to extend his deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the R&R, I find good cause to adopt it, and I do.[5]

---

[1] ECF No. 22.

[2] ECF No. 31.

[3] ECF No. 13.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[5] The Court is aware that Pickett's motions for reconsideration and to extend time [ECF Nos. 14, 16] remain pending. They will be decided in the normal course.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 32] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that plaintiff's motion for leave to amend **[ECF No. 22] is DENIED because the proposed amendment would be futile.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 2, 2021