UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cary J. Pickett,

        Plaintiff

v.

Lisa Walsh,

        Defendant

Case No.: 2:19-cv-0611-JAD-EJY

**Order Denying Motions**

[ECF Nos. 14, 16]

    After screening, this case moved forward on pro se Nevada inmate-plaintiff Cary J. Pickett's equal-protection claim against Lisa Walsh, the then-acting warden of the Warm Springs Correctional Center where Pickett was previously incarcerated.[1]  Though Picket filed a motion to reconsider that screening order,[2] he later "join[ed] the defendant in [her] request to have" that motion denied.[3]  I construe that joinder as a withdrawal of the motion and I grant it.

    Pickett also filed a "Request for the Court to Extend" the stay that was in place to allow the parties to participate in the Early Inmate Mediation program.[4]  In that motion, he represents that the mediation was "somewhat productive," and he asks the court to extend the stay and "reexamine the original complaint and determine [whether] plaintiff may have in fact stated a colorable [due-process] claim."[5]  Because Pickett has not stated a meritorious basis to extend the

---

[1] ECF No. 4.

[2] ECF No. 16.

[3] ECF No. 20.

[4] ECF No. 14.

[5] *Id*.

stay, which was in place for the limited purpose of mediation, and that mediation concluded, I deny the request.

IT IS THEREFORE ORDERED that the motions to extend stay and for reconsideration **[ECF Nos. 14, 16] are DENIED.**[6]

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 16, 2021

---

[6] The court is aware that there remains pending a fully briefed Rule 60 request for relief, dated April 10, 2021.  *See* ECF No. 34.  Plaintiff is advised that this court has hundreds of pending motions in the hundreds of cases before it, and the court will address this remaining motion in due course.