UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARY J. PICKETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LISA WALSH,<br><br>　　　　Defendant. | Case No.: 2:19-cv-00611-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's letter, which asks the Court for a status check and to send him the docket sheet for his case. ECF No. 45. The Court has no duty to do so and generally would not entertain such a request.

The Court refers Plaintiff to ECF No. 43, which is an Order granting his Motion for an Order Setting the Scheduling Order and Discovery Plan. There has been no activity on the docket as of the date of this Order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's letter seeking a copy of the docket sheet is DENIED and for status check (ECF No. 45) is GRANTED as stated above.

DATED this 22nd day of March, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE